**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-45423-ERW |
| | § | |
| VINCENT J KLIMCZAK | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   219 South Dearborn Street, Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on 11/22/2011, in Courtroom 744, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  10/25/2011          By:  /s/ David P. Leibowitz
                                        (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-45423-ERW |
| | § | |
| VINCENT J KLIMCZAK | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---:|
| *The Final Report shows receipts of* | $4,164.34 |
| *and approved disbursements of* | $946.58 |
| *leaving a balance on hand of[1]:* | $3,217.76 |

Claims of secured creditors will be paid as follows: NONE

| | |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $3,217.76 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $807.13 | $0.00 | $807.13 |
| David P. Leibowitz, Trustee Expenses | $3.78 | $0.00 | $3.78 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $810.91 |
| Remaining balance: | $2,406.85 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

| | |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

Remaining balance: $2,406.85

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,850.81 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4a | Department of Treasury | $1,850.81 | $0.00 | $1,850.81 |

Total to be paid to priority claims: $1,850.81
Remaining balance: $556.04

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $18,974.76 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank | $5,109.14 | $0.00 | $149.73 |
| 2 | Jefferson Capital Systems LLC/COMPUCREDIT CORPORATION | $2,995.87 | $0.00 | $87.79 |
| 3 | Chase Bank USA, N.A. | $4,398.76 | $0.00 | $128.90 |
| 4 | Department of Treasury | $531.48 | $0.00 | $15.57 |
| 5 | PYOD LLC its successors and assigns as assignee of Citibank, NA | $821.45 | $0.00 | $24.07 |
| 6 | Main Street Acquisition Corp./HSBC Bank Nevada NA | $4,792.18 | $0.00 | $140.43 |
| 7 | GE Money Bank/Sam's Club | $325.88 | $0.00 | $9.55 |

Total to be paid to timely general unsecured claims: $556.04

**UST-Form 101-7-NFR (5/1/2011)**

|  |  |
|---|---:|
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ David P. Leibowitz
              Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                 Case No. 10-45423-ERW
Vincent J Klimczak                                                     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: bchavez              Page 1 of 2           Date Rcvd: Oct 28, 2011
                             Form ID: pdf006            Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 30, 2011.
```
db          +Vincent J Klimczak,    4024 W 106th Pl,    Oak Lawn, IL 60453-4920
16258873    +Aspire,   Pob 105555,    Atlanta, GA 30348-5555
16258874    +Baker & Miller,    29 N Wacker Dr,    Chicago, IL 60606-2854
16258875    +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
16677234     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16258876    +Citibank Usa,    Attn.: Centralized Bankruptcy,    Po Box 20363,    Kansas City, MO 64195-0363
16258878   ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
             (address filed with court: Dell Financial Services,     Attn: Bankruptcy Dept.,    Po Box 81577,
               Austin, TX 78708)
16794827    +Department of Treasury,    Internal Revenue Service,    P O Box 7346,    Philadelphia, PA 19101-7346
16258880    +Exxmblciti,   Attn.: Centralized Bankruptcy,     Po Box 20507,    Kansas City, MO 64195-0507
16258881    +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
16258882    +GMAC,   Attention: Bankruptcy Dept.,    1100 Virginia Drive,     Fort Washington, PA 19034-3204
16258883    +Hfc - Usa,   Po Box 3425,    Buffalo, NY 14240-3425
16258884    +Jefferson Capital Syst,    16 Mcleland Rd,    Saint Cloud, MN 56303-2198
16653528    +Jefferson Capital Systems LLC,    Purchased From COMPUCREDIT CORPORATION,     PO BOX 7999,
               SAINT CLOUD MN 56302-7999,    Orig By: ASPIRE CARD
16965741     Main Street Acquisition Corp.,    c/o B-Line, LLC,    MS 550,    PO Box 91121,
               Seattle, WA 98111-9221
16258885    +Main Street Acquisiton,    3950 Johns Creek Ct Ste,    Suwanee, GA 30024-1296
16258888    +Sears/cbsd,   701 East 60th St N,    Sioux Falls, SD 57104-0432
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16628917     E-mail/PDF: mrdiscen@discoverfinancial.com Oct 29 2011 03:35:57      Discover Bank,
               Dfs Services LLC,    PO Box 3025,    New Albany, OH  43054-3025
16258879    +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 29 2011 03:35:57      Discover Fin,
               Attention: Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
17023477     E-mail/PDF: gecsedi@recoverycorp.com Oct 29 2011 03:37:42      GE Money Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
16258886    +E-mail/Text: brenden.magnino@mcmcg.com Oct 29 2011 00:41:05      Midland Credit Management,
               Po Box 939019,    San Diego, CA 92193-9019
16894744    +E-mail/Text: resurgentbknotifications@resurgent.com Oct 29 2011 00:40:36
               PYOD LLC its successors and assigns as assignee of,     Citibank, NA,
               c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
16258887    +E-mail/PDF: gecsedi@recoverycorp.com Oct 29 2011 03:37:42      Sams Club,
               Attention: Bankruptcy Department,    Po Box 105968,    Atlanta, GA 30348-5968
                                                                                              TOTAL: 6
```
```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16258877   ##+Citimortgage Inc,    Po Box 9438,    Gaithersburg, MD 20898-9438
                                                                                   TOTALS: 0, * 0, ## 1
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: bchavez           Page 2 of 2           Date Rcvd: Oct 28, 2011
                              Form ID: pdf006         Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 30, 2011**            **Signature:** *Joseph Speetjens*